AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br>LISA MIYAMOTO<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | **SEALED**<br>Case No. 3:25-mj-00307 |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 19, 2025** in the county of **Multnomah** in the **_____** District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

/s/ SA Michael DeBisz by telephone
*Complainant's signature*

FPS SA Michael DeBisz
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 2:25 p.m.

Date: 10/20/2025

*Jolie A. Russo*
*Judge's signature*

City and state: Portland, Oregon

Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*