**SEALED**   3:25-mj-00307

DISTRICT OF OREGON, ss:   AFFIDAVIT OF MICHAEL DEBISZ

## Affidavit in Support of a Criminal Complaint and Arrest Warrant

I, Michael DeBisz, being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1. I am employed as a Special Agent with the Federal Protective Service (FPS), assigned to the Region 1 Investigations Branch in Boston, Massachusetts. I have been an Agent with the FPS since July 2023. As part of my daily duties as an FPS Special Agent, I investigate general crimes. I graduated from the Federal Law Enforcement Training Center's Criminal Investigator Training Program in February 2024. I have experience investigating crimes against federal employees and federal property, including threats and assaults on federal government employees.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for LISA MIYAMOTO for Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1). As set forth below, I have probable cause to believe that LISA MIYAMOTO committed the crime of Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1).

3. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, my review of records related to this investigation, communication with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a complaint and an arrest warrant, it does not set forth each fact

**Affidavit of Michael DeBisz**

that I or others have learned during this investigation.

## Applicable Laws

4.　　18 U.S.C. § 111(a)(1) makes it an offense to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of official duties. Persons designated in section 1114 include any officer or employee of the United States or of any agency in any branch of the United States government while such officer or employee is engaged in or on account of the performance of official duties, and any person assisting such an officer or employee in the performance of official duties. Under section 111(a), simple assault is a misdemeanor, but where the assaultive acts involve physical contact with the victim, the offense is a felony punishable by imprisonment up to eight years. Assaulting a federal officer which results in bodily injury is punishable by up to 20 years' imprisonment. The statute does not define "bodily injury." however 18 U.S.C. § 1365(h)(4) has been interpreted to define bodily injury to mean: (A) a cut, abrasion, or bruise, (B) physical pain, or (C) any other injury to the body, no matter how temporary.

## Statement of Probable Cause

5.　　Since June 4, 2025, protests have occurred at the U.S. Immigration and Customs Enforcement (ICE) Portland Field Office located at 4310 South Macadam Avenue in Portland, Oregon. During daylight hours, some of the attendees at the demonstration have harassed both ICE clients and employees by following them with cameras making disparaging remarks and threatening statements, including stating that that they know where the target lives or that they will find the target of the harassment. Many of these individuals dress in all black clothing, commonly referred to as "black bloc." Black bloc can prevent identification of individual actors

by authorities. After nightfall, the attendees generally become more aggressive, damaging personal and government property, and throwing items toward federal law enforcement officers working at the building. The violence toward officers has included discharging pepper spray at officers as well as throwing rocks, trash, and bricks pulled from the ICE facility's driveway, and sometimes includes assaults of federal officers.

6. Based on video footage of the incident described here and interviews, I learned the following. On October 19, 2025, at approximately 10:25 P.M., FPS law enforcement personnel deployed outside the gates of the ICE facility to clear the vehicle entrance for vehicles to exit the ICE facility.

7. On October 19, 2025, I was watching live security camera footage of FPS Inspectors attempting to clear the ICE facility driveway for vehicles exiting. I observed Adult Victim (AV), an FPS Inspector, walking along the right side of the driveway, and I observed what appeared to be a conversation between AV and an individual later identified as LISA MIYAMOTO, in which AV appeared to be asking LISA MIYAMOTO to step backwards away from the driveway. As the line of FPS Inspectors moved forward, another FPS inspector pushed MIYAMOTO back from the driveway using one hand and continued walking. AV stopped walking and was facing LISA MIYAMOTO when she took a wooden tambourine she was holding in her right hand and struck AV in his chest forcefully with it. With the assistance of other officers, AV arrested LISA MIYAMOTO. Below are screenshots of the security footage.


AV (pointed out by red arrow) standing in front of LISA MIYAMOTO.


LISA MIYAMOTO striking AV with wooden tambourine.

**Affidavit of Michael DeBisz**                                                                                      **Page 4**



Wooden Celtic style tambourine recovered from LISA MIYAMOTO.

8.　　On October 19, 2025, at about 10:45 PM, I interviewed AV. AV told me that he had deployed from the ICE facility to clear the vehicle entrance in front of the ICE facility at approximately 10:25 PM. While attempting to physically clear the ICE facility's vehicle entrance, AV observed LISA MIYAMOTO standing directly in front of the driveway on the right side. AV gave LISA MIYAMOTO commands to, "move away from the driveway." LISA MIYAMOTO stated to AV, "where am I supposed to go?" AV instructed MIYAMOTO to, "move to the sidewalk please." LISA MIYAMOTO slowly stepped backwards, and AV observed as LISA MIYAMOTO took a white circular object, later identified as being a wooden Celtic style tambourine, and struck him directly in the chest with it. With the assistance of other officers, AV arrested LISA MIYAMOTO for assaulting a federal officer.

9.　　A review of LISA MIYAMOTO's criminal history revealed no arrests or convictions.

## Conclusion

10. Based on the foregoing, I have probable cause to believe that LISA MIYAMOTO willfully committed Assault on a Federal Officer, in violation of 18 U.S.C § 111. I therefore request that the Court issue a criminal complaint and an arrest warrant for LISA MIYAMOTO.

11. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by an Assistant United States Attorney, and the AUSA advised me that the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## Request for Sealing

12.     It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested arrest warrant. I believe that sealing these documents is necessary any disclosure of the information at this time may cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation. Premature disclosure of the affidavit and the arrest warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*
Michael DeBisz
Special Agent, FPS

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 2:25 p.m. on 10/20/2025.

*Jolie A. Russo*
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge